ALBANY,
Nov. 1833.

Clarke
v.
Wright.

Ex parte JOHN CLARKE *vs.* B. WRIGHT, Esq. a judge of
the Jefferson common pleas.

An officer before whom a debtor is brought, under the act to punish fraudu-
lent debtors, must commit such debtor, notwithstanding the debtor makes
and delivers an inventory of his estate for the purpose of assigning his
property, if the judge is satisfied that the proceedings on the part of the
debtor *are not just and fair.*

November 21.    THE relator obtained a *warrant* against one John Kibling,
against whom he held a judgment in the Jefferson common
pleas, under the act to abolish imprisonment and to *punish fraud-
ulent debtors,* on the allegations that the debtor had property
or rights in action which he fraudulently concealed, and that
he had assigned and disposed of his property with intent to de-
fraud his creditors.    The debtor was arrested and brought be-
fore the judge, and after hearing the proofs offered, the judge
was satisfied that the allegations of the complainant were sub-
stantiated.    To prevent a commitment, the debtor thereupon
made and delivered to the officer an inventory of his estate
and an account of his creditors, and the judge (not being en-
tirely satisfied as to the proper course to be pursued by him
under these circumstances) made a *provisional* order for an as-
signment, which was accordingly executed.    After these pro-
ceedings were had, the complainant applied to the judge for a
*committitur,* which he declined granting, although satisfied that
the proceedings on the part of the debtor to avoid the commit-
ment *were not just and fair.    See* 16*th* § *of act, Laws of* 1831, *p.*
400.    The complainant now asks for a *mandamus* directing
the judge to issue a committitur, which was GRANTED.